GERTRUDE H. KUNTZSCH, Respondent, v. HULDA WEDEN KUNTZSCH, as Administratrix, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of WILLIAM H. SMITH, Deceased.— Decree affirmed, with costs to respondents payable out of the estate.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ANTONIO LATERZA, Respondent, v. NORTH RIVER HORSE MANURE COMPANY, INC., Appellant.— Judgment and order affirmed, with costs.   No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HUBERT T. PARSON, as Committee of the Property of JENNIE WOOLWORTH, an Incompetent Person, Appellant, v. JULES S. BACHE, Respondent.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ETHEL A. MORRISON, Respondent, v. DANIEL NIEL MORRISON, Appellant.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of HELEN E. KELSEY, Deceased.— Decree affirmed, with costs to all parties separately appearing on this appeal payable out of the estate.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SOL BRILL v. GEORGE A. DORFMAN.— Motion for stay pending appeal denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.